

Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

Timothy Lynch, Respondent, v. Charles Sapienza, Appellant. Emily Serpico et al., Respondents-Appellants, v. Charles Sapienza, Appellant-Respondent, and Timothy Lynch, Respondent.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

Angelica Marty et al., Appellants, v. Edward E. Falk, Defendant, and Brooklyn Union Gas Company, Respondent.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

Gertrude Paprotna, Appellant, v. Mortimer J. Gartman et al., Respondents.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

Paramount Pictures Theatres Corporation, Respondent, v. Royster Drive-In Theatres, Inc., et al., Appellants, et al., Defendant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Paramount Pictures Theatres Corporation, Respondent, v. Royster Drive-In Theatres, Inc., et al., Appellants, et al., Defendants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Matilda Canale-Parola, Appellant, v. City of New York et al., Respondents.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

Allan Postil, an Infant, by Rita Postil, His Guardian ad Litem, Respondent, et al., Plaintiff, v. Coca-Cola Bottling Company of New York, Inc., v. Appellant, et al., Defendant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

The People of the State of New York, Respondent, v. Jack Karl Asklund, Appellant.—